**Order entered February 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01557-CV

### RICHARD MYERS, Appellant

### V.

### HALL COLUMBUS LENDER, LLC, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-04295**

## ORDER

The clerk's record in this case is overdue. By postcard dated December 17, 2012 we notified the district clerk that the clerk's record was overdue. We directed the district clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County District Clerk to file the clerk's record within **TEN DAYS** of the date of this order. We **DIRECT** the Clerk to send copies of this order, by electronic tranmission, to the following persons:

Gary Fitzsimmons
Dallas County District Clerk

/s/     CAROLYN WRIGHT
           CHIEF JUSTICE